USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA MENDIZABAL, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>THE SWATCH GROUP (US) INC., DB/A LONGINES<br><br>Defendant. | Case No. 1:18-cv-00320-GHW<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         July 10, 2018

By: _____
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel:(929) 575-4175
Joseph@jmizrahilaw.com
*Attorney for Plaintiff*

By: _____
Samuel D. Levy, Esq.
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
Tel: (212) 885-5352
slevy@blankrome.com
*Attorney for Defendant*

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: July 11, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge